# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Michael Crump   Case Number: 0980 4:18CR06021-EFS-1

Address of Offender:   Walla Walla, Washington 99362

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 4, 2019

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | July 8, 2019 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | Just 7, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/22/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Crump is considered to be in violation of his conditions of supervised release by being charged with obstructing a law enforcement officer and use of drug paraphernalia on September 5, 2019, by the Walla Walla Police Department.

Mr. Crump's conditions of supervised release were reviewed with him on July 16, 2019. He signed his conditions acknowledging an understanding of his conditions to include mandatory condition number 1, as noted above.

Police reports have been requested for case number 9Z0905281. Contact with Walla Walla Police Department indicates Mr. Crump was arrested on September 5, 2019. During the arrest, Mr. Crump attempted to evade the officers who had to use a taser to detain him. Drug paraphernalia was found on Mr. Crump during a search incident to arrest.

| 8 | **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: Mr. Crump is considered to be in violation of his conditions of supervised release by failing to report law enforcement contact to his supervising officer within 72 hours of the contact on August 19, 2019.

Mr. Crump's conditions of supervised release were reviewed with him on July 16, 2019. He signed his conditions acknowledging an understanding of his conditions to include standard condition number 9, as noted above.

Mr. Crump was charged with driving with a suspended license 3rd on August 19, 2019. Mr. Crump failed to report this contact to his supervising officer within 72 hours of the contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/9/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

10/9/2019
Date