PROB 12C
(6/16)

Report Date: April 14, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Michael Crump | Case Number: 0980 4:18CR06021-EFS-1 |
| Address of Offender: | Washington  99362 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 4, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 18 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>October 24, 2019 | Prison - 6 months;<br>TSR - 30 months | | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | April 3, 2020 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | October 2, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: Mr. Crump is considered to be in violation of his supervised release conditions by not reporting to the probation office within 72 hours of his release from custody on April 3, 2020. |
| | Mr. Crump was sentenced to 6 months imprisonment for violating conditions of his supervised release on October 24, 2019. A supervised release plan was received from the Bureau of Prisons (BOP) on February 3, 2020, indicating Mr. Crump was scheduled to release from imprisonment on April 4, 2020. This form indicated a term of supervised release would follow his imprisonment for 30 months. Mr. Crump signed this form on January 31, 2020, indicating he understood his requirement to report for supervision once released from Bureau of Prisons' custody. It was noted in the release plan, Mr. Crump was |

Prob12C
**Re: Crump, Christopher Michael**
**April 14, 2020**
**Page 2**

releasing to the Walla Walla, Washington, area as homeless and did not list a phone number.

A voice mail was received from Mr. Crump on April 2, 2020, in the evening hours. Mr. Crump indicated that he was releasing on April 3, 2020, which was a Friday. He indicated that he was not sure of his reporting instructions due to COVID-19, but that he would contact the undersigned officer on April 3, 2020. No further communication from Mr. Crump has been received by the U.S. Probation Office and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/14/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

April 14, 2020

Date