PROB 12C
(6/16)

Report Date:  September 9, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2020

SEAN F. MCAVOY, CLERK

Name of Offender: Christopher Michael Crump          Case Number: 0980 4:18CR06021-EFS-1

Address of Offender:                                          Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 4, 2019

Original Offense:       Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: October 24, 2019 | Prison - 6 months; TSR - 30 months | |
| Revocation Sentence: June 2, 2020 | Prison - 58 days; TSR - 28 months | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: July 2, 2020 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: November 1, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence:** Mr. Crump is considered to be in violation of his supervised release conditions by failing to report weekly by telephone since August 24, 2020.

Mr. Crump's term of supervised release commenced on July 2, 2020. Upon release, Mr. Crump was living at the Residential Reentry Center in Spokane, Washington. His conditions of release were reviewed over the telephone due to the COVID-19 pandemic on July 9, 2020. Mr. Crump provided the undersigned officer verbal recognition of his conditions of supervised release, specifically standard condition number 2, as noted above.

Prob12C
**Re: Crump, Christopher Michael**
**September 9, 2020**
**Page 2**

During the telephonic contact on July 9, 2020, Mr. Crump was instructed to contact the undersigned officer weekly by telephone. Mr. Crump last called the undersigned officer on August 17, 2020. A voice mail message was left by Mr. Crump where he indicated he was calling in for his weekly check in. Since the week of August 24, 2020, no further contact from Mr. Crump has been received. An attempt to contact Mr. Crump by telephone was made on September 3, 2020. The call attempt did not ring, but went straight to a message indicating the caller had restrictions that would not let this attempt be completed. Therefore, a text message was sent to Mr. Crump's telephone directing him to contact the undersigned officer immediately. To this date, no response has been received.

2    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Crump is considered to be in violation of his supervised release conditions by being charged with third degree driving with a suspended license in Walla Walla, Washington, case number XZ0641199, on September 4, 2020.

Mr. Crump's term of supervised release commenced on July 2, 2020. Upon release, Mr. Crump was living at the Residential Reentry Center in Spokane, Washington. His conditions of release were reviewed over the telephone due to the COVID-19 pandemic, on July 9, 2020. Mr. Crump provided the undersigned officer verbal recognition of his conditions of supervised release, specifically mandatory condition number 1, as noted above.

According to the Walla Walla police reports, on September 4, 2020, Walla Walla police observed a vehicle pull into the middle turn lane without signaling, and then enter a parking lot of a gas station again without signaling. A traffic stop was initiated. After the vehicle stopped, the occupants exited the vehicle quickly. Officers directed them to return to their vehicle, the passenger returned to the passenger seat but the driver did not want to go back to the vehicle. The driver was identified as Mr. Crump. Mr. Crump's driving status was checked and it returned as suspended in the third degree. Mr. Crump was arrested and booked into the Walla Walla County Jail. He was released on the same day.

3    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Crump is considered to be in violation of his supervised release conditions by being charged with two counts of possession with intent to deliver methamphetamine; one count of unlawful possession of a controlled substance; and two counts of unlawful possession of drug paraphernalia, on September 6, 2020, Walla Walla Superior Court case number 20-1-00341-36

Mr. Crump's term of supervised release commenced on July 2, 2020. Upon release, Mr. Crump was living at the Residential Reentry Center in Spokane, Washington. His conditions of release were reviewed over the telephone due to the COVID-19 pandemic, on July 9, 2020. Mr. Crump provided the undersigned officer verbal recognition of his conditions of supervised release, specifically mandatory condition number 1, as noted above.

As noted above, Mr. Crump was arrested on September 4, 2020, for third degree driving with a suspended license. During this arrest, Mr. Crump denied giving officers permission to search the vehicle he was driving. Mr. Crump was advised a K-9 would be utilized on the

Prob12C
**Re: Crump, Christopher Michael**
**September 9, 2020**
**Page 3**

outside of his vehicle. Mr. Crump told the officers that the K-9 would indicate to the presence of narcotics as he had just had some "mushrooms" inside of the vehicle, and admitted to consuming them approximately 20 minutes prior to the contact. The K-9 did indicate to the presence of narcotics in the vehicle. The vehicle was seized and taken into evidence.

A search warrant was completed on the suspect vehicle on September 6, 2020. A bag containing a white crystal-like substance was located on the driver's seat under the seat cover. This is the location Mr. Crump was located at the time of the traffic stop. The white crystal-like substance field tested positive for methamphetamine and weighed 1 gram. During the search of the trunk compartment of the vehicle, a small silver digital scale was found.

On September 6, 2020, Walla Walla police executed a search warrant at 1503 Melrose Street, Walla Walla, Washington. Entry was made into the residence and five subjects were ordered out, including Mr. Crump. Mr. Crump was arrested on a probable cause affidavit stemming from the above-mentioned information. The residence was searched and various pieces of drug paraphernalia were located throughout the residence which included digital scales, unused packaging material, used packaging material with white powder residue, glass smoking devices, and butane torches and lighters. Also located were several dozen counterfeit $100 bills. Multiple bags of white crystal shards were located in various rooms downstairs. These bags were tested and indicated presumptive positive for methamphetamine. The total amount of presumptive positive methamphetamine is approximately 1 ounce. He is currently in custody on the above noted charges.

Although the search of the vehicle and search of the home are two separate incidents, Walla Walla County Superior Court have included them under the same docket number.

4    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: Mr. Crump is considered to be in violation of his supervised release conditions by having access to a firearm and ammunition on September 6, 2020, specifically a box of .25 caliber ammunition and a .25 caliber Raven Arms MP-25 semi-automatic handgun.

Mr. Crump's term of supervised release commenced on July 2, 2020. Upon release, Mr. Crump was living at the Residential Reentry Center in Spokane, Washington. His conditions of release were reviewed over the telephone due to the COVID-19 pandemic, on July 9, 2020. Mr. Crump provided the undersigned officer verbal recognition of his conditions of supervised release, specifically standard condition number 10, as noted above.

On September 6, 2020, Walla Walla police executed a search warrant at 1503 Melrose Street, Walla Walla, Washington. Entry was made into the residence and five subjects were ordered out, including Mr. Crump. A search of the residence was completed and a .25 caliber Raven Arms MP-25 semi-automatic handgun with a magazine containing .25 caliber bullets was located in a black Adidas backpack downstairs. Also in this backpack was unused

Prob12C
**Re: Crump, Christopher Michael**
**September 9, 2020**
**Page 4**

packaging, a digital scale, a glass pipe containing burnt residue, and a baggie containing white crystal shards. Located upstairs was a box of .25 caliber ammunition.

5    **Special Condition #5**: You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Crump is considered to be in violation of his supervised release conditions by consuming psylocybin mushrooms on or about September 4, 2020

Mr. Crump's term of supervised release commenced on July 2, 2020. Upon release, Mr. Crump was living at the Residential Reentry Center in Spokane, Washington. His conditions of release were reviewed over the telephone due to the COVID-19 pandemic, on July 9, 2020. Mr. Crump provided the undersigned officer verbal recognition of his conditions of supervised release, specifically special condition number 5, as noted above.

As noted above, Mr. Crump was arrested on September 4, 2020, for third degree driving with a suspended license. During this arrest, Mr. Crump denied giving officers permission to search the vehicle he was driving. Mr. Crump was advised a K-9 would be utilized on the outside of his vehicle. Mr. Crump told the officers that the K-9 would indicate to the presence of narcotics as he had just had some "mushrooms" inside of the vehicle, and admitted to consuming them approximately 20 minutes prior to the contact.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/09/2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

*Edward F. Shea*

Signature of Judicial Officer

September 10, 2020

Date